# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NICHOLAS DRAUGHON AND ROBBIE
SAMPSON

VERSUS

RC SMITH AVIATION LLC, FIVE-
S GROUP, EMPLOYERS MUTUAL
CASUALTY CO., AND JOHN DOE
INSURANCE COMPANY 1

NO.   2025 CW 0567

**JULY 11, 2025**

---

In Re:   RC Smith Aviation, LLC, U.S. Specialty Insurance
         Company, Five-S Group, LLC, United Fire and Casualty
         Company, The Shane Morrison Companies, LLC, Morrison
         Companies of Louisiana, LLC, and Shane Morrison,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 714490.

---

BEFORE:   **HESTER, EDWARDS, AND BALFOUR, JJ.**

         **WRIT DISMISSED.** Pursuant to correspondence from relators'
counsel advising that the parties have reached a resolution of
this matter and requesting that this writ application be withdrawn,
the writ is dismissed.

                           **CHH**
                           **BDE**
                           **KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT